UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Alexander,<br><br>                                  Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, INC.; AT&T Corp dba AT&T Uverse; and Backgroundchecks,com.<br><br>                                Defendants. | Case No. 2:22-CV-00751-GMN-NJK<br><br>**ORDER TO EXTEND**<br>**TIME TO ANSWER COMPLAINT**<br>**(First Request)** |

      Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Douglas Alexander ("Plaintiff" or "Alexander"), by and through his counsel of record, the law firm of Kind Law, hereby stipulate and agree as follows:

      WHEREAS, Plaintiff filed its Complaint on May 11, 2022;

      WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is June 7, 2022;

      WHEREAS, due to the recent retention of counsel, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

      WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including July 7, 2022 in which to respond to Plaintiff's Complaint;

1

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through July 7, 2022 in which to respond to Plaintiff's Complaint.

Respectfully Submitted by:

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146

Approved by:

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Avenue Suite 350
Las Vegas, Nevada 89123

**O R D E R**

IT IS SO ORDERED.

Dated this 23rd day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2