**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS ALEXANDER,<br><br>      Plaintiff,<br><br>   vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T Corp. dba AT&T U-Verse; and Backgroundchecks.com,<br><br>      Defendants. | Case No: 2:22-cv-00751-GMN-NJK<br><br>**ORDER GRANTING**<br>**JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUESTED EXTENSION** |

    NOW COMES defendant AT&T Corp., ("AT&T") by and through undersigned counsel, and plaintiff Douglas Alexander, by and through undersigned

Page 1

counsel, pursuant to Local Rule IA 6-1, hereby jointly stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint on May 11, 2022;

WHEREAS, Defendant AT&T's deadline to respond to Plaintiff's Complaint is June 6, 2022;

WHEREAS, due to the recent retention of counsel, AT&T's counsel needs additional time to investigate and prepare a response to the Complaint and/or explore whether the matter can be quickly resolved;

WHEREAS, Plaintiff has agreed to give Defendant AT&T up through and including July 6, 2022, in which to respond to Plaintiff's Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties;

WHEREAS, this stipulation is not entered into for any improper purpose or to delay and is the first request for extension by Defendant AT&T;

THEREFORE, Plaintiff and AT&T hereby stipulate and agree that AT&T may have up through July 6, 2022 in which to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: May 27, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge