UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Alexander,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>National Consumer Telecom & Utilities Exchange, Inc., AT&T Corp dba AT&T Uverse, Clarity Services LLC, Backgroundchecks.com,<br><br>　　　　Defendants. | Case No. 2:22-cv-00751-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff DOUGLAS ALEXANDER ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 6, 2022, up to and including **July 6, 2022**.

　　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

///

1

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 1, 2022

Respectfully submitted,

/s/ Michael Kind
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
DOUGLAS ALEXANDER

Dated: June 1, 2022

Respectfully submitted,

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: June 2, 2022

_____
UNITED STATES MAGISTRATE JUDGE