# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Alexander,<br><br>    Plaintiff,<br><br>    v.<br><br>National Consumer Telecom & Utilities Exchange, Inc., AT&T Corp dba AT&T Uverse, Clarity Services LLC, Backgroundchecks.com,<br><br>    Defendants. | Case No. 2:22-cv-00751-GMN-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff DOUGLAS ALEXANDER ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 6, 2022, up to and including **August 5, 2022**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

1

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: July 1, 2022

Respectfully submitted,

*/s/ Gerardo Avalos*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
DOUGLAS ALEXANDER

Dated: July 1, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: July 5, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2