George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Douglas Alexander*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Alexander,<br><br>　　　　　　　Plaintiff(s,)<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; AT&T Corp. dba AT&T Uverse; and Backgroundchecks.com,<br><br>　　　　　　　Defendant(s.) | Case No.: 2:22-cv-00751-GMN-NJK<br><br>**Stipulation of dismissal of AT&T Corp dba AT&T uVerse with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Douglas Alexander and AT&T Corp dba AT&T uVerse stipulate to dismiss Plaintiff's claims against AT&T Corp dba AT&T uVerse with prejudice.

STIPULATION　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 26, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Douglas Alexander*

**Sessions, Israel & Shartle**

/s/ James Schultz
James Schultz, Esq.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
*Counsel for AT&T Corp dba AT&T uVerse*

## **ORDER**

**IT IS SO ORDERED.**

Dated this  27  day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                              - 2 -