George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Douglas Alexander*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Alexander,<br><br>      Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; AT&T Corp. dba AT&T Uverse; and Backgroundchecks.com,<br><br>      Defendants. | Case No.: 2:22-cv-00751-GMN-NJK<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Douglas Alexander and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

STIPULATION         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 26, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Douglas Alexander*

**GREENE INFUSO, LLP**

/s/ Michael Infuso
Michael V. Infuso, Esq.
Keith W. Barlow, Esq.
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that in light of this Stipulation to Dismiss, the Court **DENIES as moot** National Consumer Telecom & Utilities Exchange, Inc.'s Motion to Dismiss, (ECF No. 19).

Dated this __27__ day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT