# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ALEXANDER,<br><br>    Plaintiff(s),<br><br>v.<br><br>NATIONAL CONSUMER TELECOM &<br>UTILIES EXCHANGE, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:22-cv-00751-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 2, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge